JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE HENDERSON, | Case No. CV 10-4971-GHK (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| JOHN C. MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: 6/14/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE